CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
FEB 0 1 2007
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| FRANK AUSTIN ARCHER, ) | |
|     Plaintiff, ) | Civil Action No. 7:07CV00038 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| DR. WILBUR F. AMONETTE, <u>et al.</u>, ) | By Hon. Glen E. Conrad |
|     Defendants. ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

### ORDERED

that the plaintiff's complaint shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER:** This 1st day of February, 2007.

_____
United States District Judge